DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLEN-DERRICK JOHNSON,**
Appellant,

v.

**RONALD SILIS,**
Appellee.

No. 4D2026-0373

[July 16, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Godfrey Kaplan, Judge; L.T. Case No. 062025DR022866AXDVCE.

Glen-Derrick Johnson, Lauderhill, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***